USCA1 Opinion

 

 May 11, 1994 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-2240 PRESIDENT AND FELLOWS OF HARVARD COLLEGE, Plaintiffs, Appellees, v. MARRIOTT HOTELS, INC., Defendant, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Coffin and Bownes, Senior Circuit Judges. _____________________ _________________________ Gordon P. Katz, with whom Ieuan G. Mahony and Sherburne, _______________ ________________ __________ Powers & Needham, P.C. were on brief, for appellant. ______________________ Richard W. Renehan, with whom Timothy Veeser, Hill & Barlow, __________________ ______________ _____________ and Robert B. Donin were on brief, for appellees. _______________ _________________________ _________________________ Per Curiam. We are unable to find any cognizable basis Per Curiam. __________ in the record to support the district court's spontaneous decision to rule upon a motion it had previously agreed to hold in abeyance for the time being. We are similarly puzzled by the court's unexplained denial of the motion in question, namely, appellant's motion to compel arbitration and stay judicial proceedings. Because it is readily evident that the district court never addressed the merits of the motion, we summarily vacate the denial order, see 1st Cir. R. 27.1, and remand the ___ case to the lower court with directions to hear and determine the motion in the ordinary course, affording substantive consideration to the question of arbitrabilty vel non. ___ ___ Vacated and remanded. Costs in favor of appellant. Vacated and remanded. Costs in favor of appellant. ____________________ ___________________________ 2